1 Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
2 Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
3 David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
4 Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
5 KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
6 Penthouse Suite
Beverly Hills, California 90212
7 Telephone: (310) 248-3830
Facsimile: (310) 860-0363
8
Attorneys for Plaintiff
9 ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC. | **CASE NO. CV-09: 2958 WHA** |
| Plaintiff, | **FINAL JUDGMENT UPON CONSENT** |
| v. | |
| DUC DOAN | |
| Defendant. | |

Plaintiff Zynga Game Network, Inc. ("Zynga"), having filed a Complaint in this action charging defendant Duc Doan with Federal Trademark Infringement, Federal Cybersquatting, State Statutory Unfair Competition, State Common Law Trademark Infringement and Unfair Competition, Breach of Contract and Intentional Interference with Contractual Relations, and the parties desiring to settle the controversy between them, it is

**ORDERED, ADJUDGED AND DECREED** as between the parties hereto that:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. §§ 1116, 1121 and 1125, and 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a). Service was properly made against Defendant.

2. Zynga owns the trademark and service mark ZYNGA (the "ZYNGA Mark") and has used the Zynga Mark in commerce since June 2007.

3. The ZYNGA Mark is inherently distinctive and by virtue of Zynga's extensive advertising and sales under the ZYNGA Mark, has become well-known within social gaming circles as a source identifier for Zynga's online games.

4. Zynga currently owns United States Federal Trademark Application Serial No. 77684104 for the ZYNGA Mark in International Class 009 for downloadable software for games and entertainment on wireless devices and computers, and International Class 041 for entertainment services, namely providing on-line computer games. The application has not been withdrawn or opposed.

5. Zynga is the publisher and of Zynga's Texas Hold'em Poker (the "Game"), a computerized version of the world-famous poker game in which players compete with one another using virtual "chips."

6. Zynga's Terms of Service, which govern users' play of the Game, provide that the "chips" used in the Game "are not redeemable for any sum of 'real world' money or monetary value." The Terms of Service also prohibit sale of "chips" "for 'real world' money" and prohibit the use of the Game for unacceptable purposes, including activity in "conflict with the spirit or intent of"

the Game. Zynga has not authorized any third party to sell or distribute the "chips" used in the Game.

7. Defendant has owned and operated websites through which he has unlawfully sold and offered for sale "chips" for use in the Game, and has wrongfully used the ZYNGA Mark to advertise and sell these unauthorized "chips". Defendant has operated these websites from the following Internet domain names ZYNGACHIP.COM; ZYNGACHIP.NET; CCHIPS.COM. Defendant's conduct violates Zynga's intellectual property, contractual, and other rights, and Defendant is liable for each of the claims asserted in Zynga's Complaint in this matter.

8. Defendant and his affiliates, agents, servants, employees, representatives, successors, assigns, and any person, corporation or other entity acting under Defendants' direction or control, or in active concert or participation with Defendant, are immediately and permanently enjoined throughout the world from:

    a. Infringing any of Zynga's intellectual property rights, including but not limited to the ZYNGA Mark, any copyrights owned by Zynga, or any other rights owned by Zynga related to the Game;

    b. Breaching any agreement with Zynga, including without limitation the Terms of Service under which Zynga makes any game available and the Settlement Agreement between the parties in this litigation;

    c. Registering any Internet domain name that includes the ZYNGA Mark, or any variations or misspellings thereof, whether alone or in combination with any other term(s) or character(s);

    d. Establishing, operating, profiting from, assisting with or in any way participating in the purchase, sale, exchange or transfer of "chips" for use in the Game.

9. To the extent any such domain names have not already been transferred to Zynga, the registrars through which the Internet domain names ZYNGACHIP.COM; ZYNGACHIP.NET; CCHIPS.COM are registered are hereby ordered to transfer ownership of those domain names to Zynga.

1      10.    Defendant's unlawful acts have damaged Zynga in the amount of Fifteen Thousand Dollars ($15,000) as to each of the Internet domain names or websites from which Defendant has sold or offered for sale "chips" for use in the Game. Defendant's unlawful acts have damaged Zynga in a total amount of Forty-Five Thousand Dollars ($45,000). Defendant is hereby ordered to pay to Zynga damages in the amount of Forty-Five Thousand Dollars ($45,000).

    11.    Defendant is hereby ordered to pay Zynga's reasonable attorneys' fees and costs.

    12.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the Settlement Agreement between the parties, this Judgment, the enforcement thereof, and the punishment of any violations thereof.

    13.    This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

14. The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendant.

Dated September 25, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

Presented by:

LARRY W. McFARLAND
DENNIS L. WILSON
DAVID K. CAPLAN
CHRISTOPHER T. VARAS
KEATS McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
(310) 248-3830

_____
Dennis L. Wilson
Attorneys for Plaintiff
Zynga Game Network, Inc.

## CONSENTS

The undersigned hereby consents to the entry of Final Judgment Upon Consent.

Dated 23 August, 2009

_____
Duc Doan