1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California  90212
7  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK, INC.

10

11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO DIVISION

15

16 | ZYNGA GAME NETWORK, INC.          | **CASE NO. CV-09: 2958 WHA**
17 |                                    |
   |              Plaintiff,            | **NOTICE OF PARTIAL SATISFACTION OF
18 |                                    | JUDGMENT**
   |      v.
19 |
   | DUC DOAN
20 |
   |              Defendant.
21

22

23

24

25

26

27

28
                                        CASE NO. CV-09: 2958 WHA
                                        NOTICE OF PARTIAL SATISFACTION
                                        OF JUDGMENT

1  Plaintiff Zynga Game Network, Inc. ("Zynga") and defendant Duc Doan ("Defendant"),
2  hereby notify the Court that, pursuant to the terms of the Settlement Agreement entered into between
3  Zynga and Defendant, the parties agree that portions of this Court's Final Judgment Upon Consent
4  Entered on 9/25/09 ("Judgment") have been satisfied as follows:
5      1.    The parties agree that the portion of the Judgment requiring Defendant to pay Zynga
6  Forty-Five Thousand Dollars ($45,000) (Judgment at ¶ 10) has been satisfied;
7      2.    The parties agree that the portion of the Judgment requiring Defendant to pay
8  Zynga's reasonable attorneys' fees and costs (Judgment at ¶ 11) has been satisfied.
9      In all other respects, the parties continue to be bound by the terms of the Judgment.

RESPECTFULLY SUBMITTED BY:

Dated: 9/29, 2009

By: _____
Dennis L. Wilson
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

Dated: 23 August, 2009

By: _____
Duc Doan

CASE NO. CV-09: 2958 WHA
- 1 -
NOTICE OF PARTIAL SATISFACTION
OF JUDGMENT

**PROOF OF SERVICE**
<u>Zynga Game Network, Inc. v. Duc Doan</u>
U.S.D.C., Northern District of California
Case No. CV-09-02958 WHA

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland & Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practices of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited that same day with the United States Postal Service, postage thereon fully prepaid.

On September 29, 2009, I served a copy of the following document(s) entitled:

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

upon counsel and/or interested parties named below by placing a true and correct copy thereof in an envelope, addressed as follows, and by the method stated:

Duc Doan
206 Summer Place
Warrensburg, MO 64093

BY MAIL: I sealed said envelope and, following the ordinary business practices of my employer, placed said sealed envelope in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date. I am aware that on motion of the party served, service is presumed invalid if postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2009, at Beverly Hills, California.

/s/
Tanya Glover